**Electronically Filed
Intermediate Court of Appeals
30176
26-APR-2011
08:02 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---oOo---


DR. ROBERT V. JUSTICE, an individual, Plaintiff-Appellant,
vs.
LORETTA FUDDY, Director of the Department of Health,
and the STATE OF HAWAI'I-DEPARTMENT OF HEALTH, an agency
of the State of Hawai'i, Defendants-Appellees.


NO. 30176


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-0783)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])


The Opinion of the Court, filed on April 7, 2011, is hereby corrected as follows:

1. On page 2, in the twenty-third line, the citation reference to "(HRS § 92F-12(b))" should be corrected to read "(HRS § 92F-12(b)(3))".

2. On page 7, in the sixth line of the second paragraph of footnote 6, the word "Rule" should be inserted between "HRCP" and "12(b)(6)" so that as corrected, the text reads: "standard for an HRCP Rule 12(b)(6) motion . . . ."

---

[1] Nakamura, Chief Judge, and Fujise, J.; with Leonard, J., concurring separately.

3.    On page 11, in the third line, the reference to "(1993)" in the statutory citation should be deleted so as corrected, the text reads:  "HRS § 92F-11 provides . . . ."

4.    On page 13, in the eighth line, the reference to "§ HRS 92F-13" should be replaced with "HRS § 92F-13" so that as corrected the text reads: "HRS § 92F-12(b) and HRS § 92F-13 provide . . . ."

5.    On page 16, in the fourth line of footnote 12, the word "of" should be inserted after "enactment" so that as corrected, the text reads: "repealed by the enactment of the UIPA."

6.    On page 16, in the twelfth line of footnote 12, the word "Practices" should be replaced with "Practice" so that as corrected the text reads:  "Fair Information Practice Act . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, April 26, 2011.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge